```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| SUSAN AUSTIN, | CIVIL ACTION NO. 08-65 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. |  |
| BRISTOL-MYERS SQUIBB, |  |
| Defendant. |  |

For the reasons stated in the Court's memorandum opinion dated August 1, 2008, **IT IS** on this    1st    day of August, 2008,

**ORDERED** that defendant's motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (dkt. entry no. 12) is **GRANTED**; and

   **IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED**; and

   **IT IS FURTHER ORDERED**, as no claims remain here, that the Clerk of the Court designate this action as **CLOSED**.

                                    s/ Mary L. Cooper
                              **MARY L. COOPER**
                              United States District Judge